IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ALEX LARSEN,<br><br>                Defendant. | **4:16CR3001**<br><br>**DETENTION ORDER** |

      Defendant was afforded an opportunity for a hearing, but he is currently being detained in state custody, and he agreed to waive the right to a detention hearing. Defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

      Accordingly,

      IT IS ORDERED:

1)     Defendant shall be returned to Adams County for detention on state charges.

2)     If Adams County does not accept custody of Defendant upon return from this court, or if Defendant is released from that detention, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

      August 29, 2018.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge