IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:16CR3001 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEX LARSEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's conditions of release are modified to include:

Public Law Condition.

q.     At a time to be determined by the United States Probation Officer, you must reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and you must observe the rules of that facility. You may be discharged earlier than 180 days by the Probation Officer, if you are determined to be in full compliance with the conditions of supervision.

DATED this 16th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge